UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD YEBOAH, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF NEW YORK, INC.,<br><br>                        Defendant. | C.A. No. 1:06-cv-00128 (KAM) (JMA)<br><br>DOCKET & FILE<br><br>ECF CASE |

## ORDER

On October 26, 2009, this Court conditionally certified a collective action of current and former employees at Defendant Central Parking System of New York, Inc.'s New York area garages who, during the agreed upon period, worked as assistant garage managers, were classified as exempt for purposes of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and denied overtime pay.

It is **ORDERED** that Defendant shall produce to Plaintiff a computer-readable data file containing the names and addresses of all potential opt-in members of the conditionally certified class described above so that notice may be implemented. Defendant shall produce the class list to Plaintiff within fourteen (14) days.

It is further **ORDERED** that the notice and opt-in consent in form of Exhibit A hereto is **APPROVED** and **ADOPTED**. Plaintiff is authorized to send this notice by United States first class mail to all members of the conditionally certified class to inform them of their right to opt-in to this lawsuit. Plaintiff's counsel shall send the approved notice to the putative collective

class members within fourteen (14) days of the receipt of the list from Defendant.

BY THE COURT:

_____
Hon. Kiyo Matsumoto

Dated: January 22, 2010 ~~, 2009~~