# Docket & File

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 0 6 2011 ★

BROOKLYN OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

RICHARD YEABOAH, Individually on behalf of : <br>
himself and others similarly situated, et al., :<br>
Plaintiffs :

vs. :

: Civil Action No: 06-00128

CENTRAL PARKING SYSTEMS, :<br>
Defendant. :

:

## ORDER

AND NOW, this _____4th_____ day of _____Jan_____ 2010, upon

consideration of the parties' Stipulation of Dismissal, and having reviewed the confidential

settlement agreement between the parties and having concluded it is fair and reasonable, it is

hereby ORDERED that all claims alleged against Defendant are dismissed with prejudice in their

entirety.  Fees and costs are to be borne by the parties in accordance with the terms of the

settlement.

BY THE COURT:

s/Joan M. Azrack

_____ J.